UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MYRA ROPER,

                Plaintiff,

         -against-                       **AFFIDAVIT OF SERVICE**

THE CITY OF NEW YORK, P.O. DAVID             08 CV 4347 (RWS)
HODGKINS, P.O. KEITH HOCKADAY and
P.O.s "JOHN DOE" # 1-5 (said names being
fictitious, as the true names are presently
unknown), Individually and in their Official
Capacities

                Defendants.
-----------------------------------------------------------X

STATE OF NEW YORK; COUNTY OF NEW YORK ss:

DAX THOMAS BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A
PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN
THE STATE OF NEW YORK.

That on May 8, 2008 at 2:52 PM at 100 Church Street, New York, NY 10007

Deponent served the within SUMMONS AND COMPLAINT AND DEMAND FOR JURY
TRIAL on CITY OF NEW YORK LAW DEPARTMENT, OFFICE OF CORPORATION
COUNSEL, therein named, CORPORATION, a DOMESTIC corporation by delivering a
true copy of each to AMANDA GONZELES, DOCKETING CLERK, personally, deponent
knew said corporation so served to be the corporation described in the said SUMMONS
AND COMPLAINT AND DEMAND FOR JURY TRIAL as said Defendant and knew said
individual to be AUTHORIZED to be accepted thereof.

Deponent further states that he describes the person actually served as follows,

| Sex: | Skin Color: | Hair Color: | Age (Approx.) | Height(Approx.) | Weight (Approx.) |
|------|-------------|-------------|---------------|-----------------|------------------|
| Female | Brown | Black | 26 | 5'5" | 130 |

That at the time of such service deponent knew the person accepting service as AMANDA
GONZALES, DOCKETING CLERK for CITY OF NEW YORK LAW DEPARTMENT,
OFFICE OF CORPORATION COUNSEL.

Sworn to me on: May 8, 2008

_____                   _Dax Thomas_
NOTARY PUBLIC                            DAX THOMAS

KIM E. RICHMAN
Notary Public, State of New York
No. 02RI6101174
Qualified in New York County
Commission Expires December 19, 2011