UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MYRA ROPER,

            Plaintiff,

    -against-                            **AFFIDAVIT OF SERVICE**

THE CITY OF NEW YORK, P.O. DAVID        08 CV 4347 (RWS)
HODGKINS, P.O. KEITH HOCKADAY and
P.O.s "JOHN DOE" # 1-5 (said names being
fictitious, as the true names are presently
unknown), Individually and in their Official
Capacities

            Defendants.
------------------------------------------------------------X

STATE OF NEW YORK; COUNTY OF NEW YORK ss:

DAX THOMAS BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on May 14, 2008 at 10:12 AM at 2770 Frederick Douglass Blvd., New York, NY 10039

Deponent served the within SUMMONS AND COMPLAINT AND DEMAND FOR JURY TRIAL on P.O. DAVID HODGKINS therein named, CORPORATION, a DOMESTIC corporation by delivering a true copy of each to SARGEANT NIVAR, BADGE NUMBER 5028, personally, deponent knew said corporation so served to be the corporation described in the said SUMMONS AND COMPLAINT AND DEMAND FOR JURY TRIAL as said Defendant and knew said individual to be AUTHORIZED to be accepted thereof.

Deponent further states that he describes the person actually served as follows,

| Sex: | Skin Color: | Hair Color: | Age (Approx.) | Height(Approx.) | Weight (Approx.) |
|---|---|---|---|---|---|
| Male | Brown | Black | 30 | 5'10" | 190 |

That at the time of such service deponent knew the person accepting service as SARGEANT NIVAR, BADGE NUMBER 5028, of HOUSING POLICE SERVICE AREA 6.

Sworn to me on: May 14, 2008

_/s/_                                                                       _Dax Thomas_
NOTARY PUBLIC                                            DAX THOMAS

KIM E. RICHMAN
Notary Public, State of New York
No. 02RI6101174
Qualified in New York County
Commission Expires December 19, 2011