UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MYRA ROPER,

              Plaintiff,

       -against-                              **AFFIDAVIT OF SERVICE**

THE CITY OF NEW YORK, P.O. DAVID              08 CV 4347 (RWS)
HODGKINS, P.O. KEITH HOCKADAY and
P.O.s "JOHN DOE" # 1-5 (said names being
fictitious, as the true names are presently
unknown), Individually and in their Official
Capacities

              Defendants.
-------------------------------------------------------------X

STATE OF NEW YORK; COUNTY OF NEW YORK ss:

DAX THOMAS BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A
PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN
THE STATE OF NEW YORK.

That on May 15, 2008 at 9:23 AM at 737 Melrose Avenue, Bronx, NY 10455

Deponent served the within SUMMONS AND COMPLAINT AND DEMAND FOR JURY
TRIAL on P.O. KEITH HOCKADAY therein named, CORPORATION, a DOMESTIC
corporation by delivering a true copy of each to SARGEANT BARCIA, BADGE NUMBER
2279, personally, deponent knew said corporation so served to be the corporation described
in the said SUMMONS AND COMPLAINT AND DEMAND FOR JURY TRIAL as said
Defendant and knew said individual to be AUTHORIZED to be accepted thereof.

Deponent further states that he describes the person actually served as follows,

| Sex: | Skin Color: | Hair Color: | Age (Approx.) | Height(Approx.) | Weight (Approx.) |
|------|-------------|-------------|---------------|-----------------|------------------|
| Male | Brown | Black | 30 | 5'9" | 180 |

That at the time of such service deponent knew the person accepting service as SARGEANT
BARCIA, BADGE NUMBER 2279, of HOUSING POLICE SERVICE AREA 7.

Sworn to me on: May 15, 2008

_____                           _____
NOTARY PUBLIC                                       DAX THOMAS

KIM E. RICHMAN
Notary Public, State of New York
No. 02RI6101174
Qualified in New York County
Commission Expires December 19, 2011